UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>AMIT KANODIA, )<br>      Defendant )<br>) | Criminal No. 15-CR-10131-NMG |

## ASSENTED-TO MOTION TO SEAL

Now comes the defendant, Amit Kanodia, who hereby moves to seal docket number 37-1 on the grounds that it contains bank account information that is subject to privacy protections. The defendant further moves to redact docket number 37 so as to delete a specific email account identified therein.

The Government, by and through Sarah Walters, Assistant United States Attorney, assents to the relief requested herein.

Wherefore, the defendant respectfully requests that this motion be allowed.

                                            Respectfully Submitted
                                            Amit Kanodia
                                            By his attorney,

                                            **/s/Martin G. Weinberg**
                                            Martin G. Weinberg, Esq.
                                            Mass. Bar No. 519480
                                            20 Park Plaza, Suite 1000
                                            Boston, MA 02116
                                            Tel. (617) 227-3700
                                            Fax (617) 338-9538
                                            owlmgw@att.net

Date:   July 27, 2015

**Certificate of Service**

      I, Martin G. Weinberg, hereby certify that on this date, July 27, 2015, a copy of the forgoing document has been served via CM/ECF Electronic Filing, upon Assistant U.S. Attorney ___ and all other counsel of record.

      /s/ Martin G. Weinberg
      Martin G. Weinberg